UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>         Latrice J Hawkins<br><br>         Debtor(s) | Case No. 12 B 13418 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/02/2012.

2) The plan was confirmed on 10/11/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Dismissed on 04/11/2013.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,730.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$2,730.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $125.57 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $114.33 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$239.90**

Attorney fees paid and disclosed by debtor:    $719.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI | Unsecured | 2,226.36 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,859.00 | 1,164.10 | 1,164.10 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,068.00 | 717.05 | 717.05 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 0.00 | 821.33 | 821.33 | 0.00 | 0.00 |
| Arnold Scott Harris PC | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 0.00 | 424.67 | 424.67 | 0.00 | 0.00 |
| Card Protection Association | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Carson Pirie Scott & Co | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CBE Group | Unsecured | 760.00 | NA | NA | 0.00 | 0.00 |
| Certegy Payment Recovery Services Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Charles G McCarthy Jr & Associates | Unsecured | 1,501.00 | 2,104.57 | 2,101.57 | 0.00 | 0.00 |
| Circuit Clerk of Cook Co. | Unsecured | 1,418.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 6,000.00 | 5,600.08 | 5,600.08 | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 5,600.08 | NA | NA | 0.00 | 0.00 |
| Community Hospital | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Debt Credit Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| Dvra Billing | Unsecured | 1,968.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 517.00 | NA | NA | 0.00 | 0.00 |
| Ford Motor Credit Corporation | Unsecured | 0.00 | 14,522.36 | 14,522.36 | 0.00 | 0.00 |
| Harvard Collection Services In | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Honor Finance | Unsecured | 3,900.00 | NA | NA | 0.00 | 0.00 |
| Honor Finance | Secured | 3,893.00 | 3,893.00 | 3,893.00 | 2,490.10 | 0.00 |
| I C Systems Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Human Services | Unsecured | 1,548.00 | NA | NA | 0.00 | 0.00 |
| Illinois State Tollway | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| J C Penney Co Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JB Robinson Jewelers | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Justice Police Dept | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Kane County Accounts | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Marshall Field & Company | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Services | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Services | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Services | Unsecured | 2,250.00 | NA | NA | 0.00 | 0.00 |
| National Louis University | Unsecured | 12,000.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,385.24 | NA | NA | 0.00 | 0.00 |
| Plains Commerce Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Plains Commerce Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Professional Account Management | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 1,250.00 | 7,750.00 | 7,750.00 | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 0.00 | 2,226.36 | 2,226.36 | 0.00 | 0.00 |
| Stellar Rec | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| Torres Credit | Unsecured | 1,969.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 5,000.00 | 12,646.79 | 12,646.79 | 0.00 | 0.00 |
| Vativ Recovery Solutions LLC | Unsecured | 0.00 | 12,578.28 | 12,578.28 | 0.00 | 0.00 |
| Village Of Lynwood | Priority | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $3,893.00 | $2,490.10 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$3,893.00** | **$2,490.10** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$60,552.59** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $239.90 |
| Disbursements to Creditors | $2,490.10 |
| **TOTAL DISBURSEMENTS** : | **$2,730.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/30/2013                              By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**